IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CV-17-M

| | | |
|---|---|---|
| Hezekiah Purvis, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Newerez, LLC, et al., | ) | |
| Defendants. | ) | |
| | ) | |

The court has been informed that the parties have reached a settlement in this matter. *See* Notice [DE-12]. Accordingly, this action hereby is DISMISSED without prejudice to either party to move to reopen should settlement not be consummated on or before March 4, 2020. Unless the case is reopened, Plaintiff is DIRECTED to file their Notice of Voluntary Dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure on or before March 4, 2020.

SO ORDERED this the 3rd day of February, 2020.

*Richard E Myers II*
RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE